UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
In re Application of Swisscanto Fondsleitung AG,

**Defendant / Respondent:**
for an Order under 28 U.S.C.sec. 1782

## AFFIRMATION OF SERVICE

**Index No:**
**1:26-mc-04424-LDH-SDE**

The undersigned hereby affirms: I am not a party herein, I am over 18 years of age , I reside in the State of New York. That on 11/23/2026 at 10:02 AM at 85 N 3rd St , #204, Brooklyn, NY 11249 I served the within Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action, Enclosed Subpoena For Testimony, Notice Of Electronic Filing on Mr. Ryan Huff

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; I knew the person so served to be the person described as said defendant therein.

[ ] **Government Agency:** ______ a Defendant, therein named, by delivering a true copy of each to ______ personally, I knew said government agency so served to be the government agency described, and knew said individual to be the ______ thereof.

[ ] **Corporation:** ______ a Defendant, therein named, by delivering a true copy of each to ______ personally, I knew said corporation so served to be the corporation described, and knew said individual to be the ______ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Robert J a person of suitable age and discretion.

[ ] **Authorized Service:** by delivering thereat a true copy of said documents to personally. Deponent knew said so served to be the described in the legal documents and knew to be , an individual of the entity willing and able to accept service on behalf of , and the recipient responded affirmative; *(unless otherwise noted below)*.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, I was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** I also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at Mr. Ryan Huff's last known residence, 85 N 3rd St , #204, Brooklyn, NY 11249, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on 11/23/2026.

[X] **Military Service:** I asked the person spoken to whether Defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 21-35 Ethnicity: White Gender: Male Weight: 175
Height: 5ft 9in Hair: Brown Eyes: Relationship: Doorman
Other Wore Glasses: The doorman informed me he will forward the documents to Mr. Ryan Huff.

Raed Ibrahim 1326602-DCA

Unified Judicial Services, LLC
8019 5th Ave
Brooklyn NY 11209-4003
2100829-DCA
Job #: 12057688

I affirm this 23rd day of November, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.